■ In the Matter of SAMUEL DAVIS, Petitioner, v JOHN P. COLLINS, Respondent.—Application for a writ of prohibition unanimously denied, the cross motions granted, and the petition dismissed, without costs and without disbursements. We note, however, that this petitioner has been awaiting retrial

since December 5, 1987. No opinion. Concur—Sullivan, J. P., Ross, Carro, Milonas and Rosenberger, JJ.